JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAURICIO ALANIZ,<br><br>*Plaintiff,*<br><br>vs.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>*Defendants.* | Case No.: CV 17-5066-DMG (PJWx)<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ACTION [29]** |

-1-

On January 23, 2018, the parties to this action, Plaintiff Mauricio Alaniz, and Defendants Wells Fargo Bank, N.A., Wells Fargo & Company, and Mark Mekerdichian, filed a Stipulation that this action be dismissed with prejudice as to all claims, causes, of action, and parties, with each party bearing that party's own attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following Order:

IT IS ORDERED THAT:

The above-captioned action is dismissed with prejudice in its entirety, and the parties shall bear their own attorneys' fees and costs. All scheduled dated and deadlines are VACATED.

DATED: January 23, 2018

　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATED DISTRICT JUDGE